KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Jeff J. Friedman
        and
525 West Monroe Street
Chicago, IL 60661
Kenneth J. Ottaviano
Paige B. Tinkham

*Counsel for Capital Funding, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
**In re:**

| | |
|---|---|
| **22 Maple Street, LLC,** | **Case No. 18-40816** |
| **Debtor.** | **Chapter 11** |

------------------------------------------------------------------x
**In re:**

| | |
|---|---|
| **25 Oriol Drive, LLC,** | **Case No. 18-40817** |
| **Debtor.** | **Chapter 11** |

------------------------------------------------------------------x
**In re:**

| | |
|---|---|
| **59 Coolidge Road, LLC,** | **Case No. 18-40818** |
| **Debtor.** | **Chapter 11** |

------------------------------------------------------------------x
**In re:**

| | |
|---|---|
| **20 Kinmonth Road, LLC,** | **Case No. 18-40819** |
| **Debtor.** | **Chapter 11** |

------------------------------------------------------------------x

<u>**AMENDED NOTICE OF MOTION OF CAPITAL FUNDING, LLC**</u>
<u>**FOR RELIEF FROM THE AUTOMATIC STAY FOR CAUSE**</u>

**PLEASE TAKE NOTICE** that the undersigned attorneys for Capital Funding, LLC shall

appear on **April 26, 2018, commencing at 3:30 p.m.**, or as soon thereafter as counsel may be

heard, before the Honorable Nancy H. Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein Courthouse, 271 Cadman Plaza East, Courtroom 3577, Brooklyn, NY 11201-1800, and shall seek entry of an order granting relief from the automatic stay, as set forth in the attached *Motion of Capital Funding, LLC for Relief from the Automatic Stay* and other attached documents (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion or the relief requested therein shall be in writing, conform to the Local Bankruptcy Rules for the Eastern District of New York; shall specify with particularity the basis of the objections or opposition; and shall be filed with the clerk of the United States Bankruptcy court, electronically by attorneys who regularly practice before the Bankruptcy Court. **Any objections shall be simultaneously served on the undersigned counsel and parties in interest so as to be received by April 19, 2018**.

Dated: April 9, 2018                    Respectfully submitted;

<div style="margin-left: 50%;">

By:    /s/ Paige B. Tinkham
Kenneth J. Ottaviano, (*pro hac vice*)
Paige B. Tinkham (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Telephone: 312-902-5200
Facsimile: 312-902-1061
Kenneth.Ottaviano@kattenlaw.com
Paige.Tinkham@kattenlaw.com

</div>

US_132745426